# First District Court of Appeal
## State of Florida

_____

No. 1D17-2535
_____

ROOSEVELT CARROLL, JR.,

Petitioner,

v.

JULIE L. JONES Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

December 12, 2018

PER CURIAM.

DENIED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roosevelt Carroll, Jr., pro se, Petitioner.

Kenneth Steely, General Counsel, Florida Department of Corrections, Tallahassee, and Pamela Jo Bondi, Attorney General, and Amanda Stokes, Assistant Attorney General, Tallahassee, for Respondent.